**Order filed February 28, 2019**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-18-00515-CV
_____

**DELUXE BARBER SCHOOL, LLC AND BONIFICE I. MBAKA, Appellants**

**V.**

**MARTIN MBAKA, CHIOMA G. NWAKOR, QUIETSTORM GROUP, INC., D/B/A QUIETSTORM SYSTEMS, Appellees**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-226218**

---

## O R D E R

Appellants' brief was due February 25, 2019. No brief or motion for extension of time has been filed.  Unless appellants file a brief with this court on or before **March 27, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM